**Appeal and Motion Dismissed and Memorandum Opinion filed July 6, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00796-CV

_____

### SARAH GARNELO, Appellant

### V.

### URBAN SOUTHWEST TOWNSHIP APARTMENTS GP, LLC D/B/A TOWNSHIP APARTMENTS, Appellee

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-43220**

## MEMORANDUM OPINION

This is an attempted appeal from a judgment signed September 30, 2020. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders remain interlocutory and unappealable until final judgment is rendered unless a statutory exception applies. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v.*

*Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding). No such exception applies in this case.

On March 5, 2021, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating grounds for continuing the appeal. In response, appellant filed an unopposed motion to abate this appeal for sixty days to cure the defect by dismissing the remaining defendant from the trial court proceedings. *See* Tex. R. App. P. 27.2. On April 20, 2021, that motion was granted, and the case abated and remanded to the trial court for a period of sixty days. The parties were notified that if, within sixty days of the date of this order, no supplemental record was filed in this court demonstrating the judgment signed September 30, 2020, is a final appealable judgment, the appeal would be dismissed for want of jurisdiction.

On June 23, 2021, a supplemental clerk's record was filed reflecting that no additional trial court orders have been signed. Accordingly, the judgment in our record is not final and we lack jurisdiction over this appeal. We dismiss the appeal and appellant's motion to extend time to file a brief.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Spain and Wilson.